UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


SHABBIR CHOUDHURY,                              Civil Action No: 1:17-cv-06186-BMC

        Plaintiff,

    -against-                                           **STIPULATION OF DISMISSAL WITH PREJUDICE**


TOTAL MERCHANT SERVICES, INC.,

        Defendant,

_____/


To the Clerk of the above-named Court:

    It is hereby agreed by the undersigned parties and attorneys for Plaintiff Shabbir

Choudhury, and Defendant Total Merchant Services, Inc., that the within action shall be dismissed

with prejudice and with each party to bear their own fees and costs.

**The Tariq Law Firm, PLLC**                    **Greenspoon Marder**
*Attorney for Plaintiff*                        *Attorneys for Defendant*
*Shabbir Choudhury*                             *Total Merchant Services, Inc.*

By: /s/Subhan Tariq_____                      By: /s/Beth-Ann E. Krimsky_____
    Subhan Tariq, Esq.                             Beth-Ann E. Krimsky, Esq.

90-52 171st Street                              200 E Broward Boulevard, Ste. 1800
Jamaica, NY 11432                               Fort Lauderdale, FL 33301
Tel No: (516) 900-4529                          Tel No: (954) 491-1120